UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FINE,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br><br>    Defendant. | Case No. 19-cv-06329-HSG<br><br>**ORDER TO SHOW CAUSE** |

The Court DIRECTS Plaintiff to SHOW CAUSE why the Court should not grant (Dkt. No. 10) the Government's motion to dismiss for failure to exhaust administrative remedies. Plaintiff is directed to file a statement by March 10, 2020.

**IT IS SO ORDERED.**

Dated: 2/21/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge